## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:19-cr- **00482 mO** |
| v. | **INDICTMENT** |
| FERNANDO ADOLIP CRUZ-LERMA, | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 843(b), 846 and 853 |
| Defendant. | **Forfeiture Allegation** |
| | **UNDER SEAL** |

### THE GRAND JURY CHARGES:

### COUNT 1
(Conspiracy to Possess with Intent to Distribute and
Distribute Methamphetamine, and to Use a Communication Facility)
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 843(b) and 846)

Beginning on an unknown date and continuing until October 10, 2019, in the District of

Oregon and elsewhere, defendant **FERNANDO ADOLIP CRUZ-LERMA** did knowingly and

intentionally combine, conspire, confederate, and agree with other persons whose identities are

known and unknown to the Grand Jury to commit the following objects in violation of Title 21,

United States Code, Section 846:

### Objects of the Conspiracy

A.  **Possession with Intent to Distribute Methamphetamine**: The conspirators

agreed to possess with intent to distribute 500 grams or more of a mixture or substance

**Indictment**

containing a detectible amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**B.** **Distribution of Methamphetamine**: The conspirators agreed to distribute 500 grams or more of a mixture or substance containing a detectible amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

**C.** **Use of a Communication Facility**: The conspirators agreed to use communication facilities, including cellular telephones, in committing, causing, or facilitating the commission of a controlled substance felony under Subchapter I of Title 21 of the United States Code, in violation of Title 21, United States Code, Section 843(b).

## Manner and Means

The manner and means used to accomplish the objectives of the conspiracy included, among other, the following:

It was part of this conspiracy for the defendant and others to meet with others to receive large quantities of methamphetamine and then to transport, store, and conceal controlled substances at premises in Oregon.

It was part of this conspiracy for the defendant and others to maintain premises for the purposes of storing, packaging, possessing, and distributing controlled substances.

It was part of this conspiracy for the defendant and others to use vehicles and trailers to pick up and transport controlled substances.

It was part of this conspiracy for the defendant and others to use telephones and cellular telephones to further the possession and distribution of controlled substances.

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1, defendant **FERNANDO ADOLIP CRUZ-LERMA**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to the following:

- A money judgment for a sum of money equal to the amount of property representing the amount of proceeds obtained as a result of the offense alleged in Count 1.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / /

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated: October 16, 2019

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

WILLIAM M. NARUS, CASB #243633
SARAH BARR, WSBA #40758
Assistant United States Attorneys