Benjamin T. Andersen
1000 SW Broadway #1740
Portland OR 97205
t. 503.222.2510
bta@btandersen.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>*Demandante,*<br><br>v.<br><br>Fernando Adolip Cruz-Lerma,<br>Defendant<br>*Acusado.* | Case No.    3:19-CR-482-IM<br><br>PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER<br><br>*SOLICITUD DE DECLARACION DE CULPABILIDAD, CERTIFICADO DEL ABOGADO DEFENSOR Y FALLO JUDICIAL DE LA MISMA* |

The defendant represents to the court:

1.  My name is Fernando Cruz-Lerma, I am 25 years old.

    *Mi nombre completo es Fernando Cruz-Lerma. Tengo 25 años de edad.*

2.  I attended school through some college.

    *Asistí a la escuela incluyendo hasta unos años de estudios universitarios.*

3.  My attorney, Benjamin Andersen, and I have discussed my case fully.  I have received and read a copy of the Superseding Indictment filed against me and I have discussed it with my attorney.  My attorney has counseled and advised me concerning the nature of the charge, any lesser-included offenses, and the possible defenses that I might

PAGE 1 –    United States v. Cruz-Lerma, USDC Oregon Case No. 3:19-CR-482-IM
PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

have in this case. I have been advised and understand that the elements of the charge alleged against me to which I am pleading "GUILTY" are as follows:

**COUNT 1: Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances, and to Use a Communication Facility (21 USC §§ 841(a)(1), 841(b)(1)(A), 843(b) and 846)**

**Beginning on an unknown date and continuing until October 10, 2019, in the District of Oregon, the Western District of Washington, and elsewhere, defendant FERNANDO ADOLIP CRUZ-LERMA did knowingly and intentionally combine, conspire, confederate, and agree with other persons whose identities are known and unknown to the Grand Jury to commit the following objects in violation of Title 21 United States Code Section 846:**

- **Possession with intent to distribute and distribution of methamphetamine and**
- **Use of a communications facility.**

I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

*He hablado ampliamente de mi caso con mi abogado, Benjamin Andersen. Recibí una copia de la acusación formal contra mí y he hablado de ella con mi abogado. Mi abogado me ha aconsejado y asesorado sabre la naturaleza de las cargos, de cualquier delito menos grave incluido, y de las defensas posibles que pueda tener en este caso. He sido asesorado y entiendo que las elementos del cargo que se me ha imputado al que me declaro CULPABLE son las siguientes:*

***CARGO 1: Conspiración para poseer con la intención de distribuir y distribuir sustancias controladas, y para utilizar una instalación de comunicaciones (21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 843(b) y 846)***

***Comenzando en una fecha desconocida y continuando hasta el 10 de octubre de 2019, en el Distrito de Oregón, el Distrito Occidental de Washington y otros lugares, el acusado FERNANDO ADOLIP CRUZ-LERMA, a sabiendas e intencionalmente, se combinó, conspiró, confederó y acordó con otras personas —cuyas identidades son conocidas y desconocidas para el Gran Jurado— para cometer los siguientes objetivos, en violación de la Sección 846 del Título 21 del Código de los Estados Unidos:***

-        ***Posesión con la intención de distribuir y distribución de metanfetamina; y***

    -    *Uso de una instalación de comunicaciones.*

*He tenido amplia oportunidad para decirle a mi abogado todo lo que yo serespecto a las hechos relacionados con mi caso. Entiendo que el juez podrfa preguntarme si estoy satisfecho con el asesoramiento que he recibido de mi abogado.*

4.      I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offense to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

*Sé que si me declaro CULPABLE, tender que contestar todas las preguntas que la jueza me haga sabre el delito al que me declaro culpable. También sé que si contesto falsamente, bajo juramento, y en presencia de mi abogado, mis respuestas pueden ser usadas en mi contra en un procesamiento par perjurio o por haber jurado en falso.*

5.      I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason.  I have not taken any drugs or medications that would affect my thinking or my ability to reason within the past seven (7) days.

*No estoy bajo la influencia de alcohol ni de drogas.  No padezco de ninguna lesion, enfermedad o incapacidad que afecte mi pensamiento o mi capacidad de razonar. No he tornado drogas ni medicamentos en los ultimas siete (7) días.*

6.      I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences could include loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to

possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

*Entiendo que un fallo condenatorio por un delito puede tener consecuencias adicionales al encarcelamiento. Tales consecuencias incluyen ser deportado o expulsado de los Estados Unidos, o se me puede negar la naturalización si no soy ciudadano estadounidense; puedo perder el derecho de recibir subsidios federates; perder temporal o permanentemente ciertos derechos civiles, segun la ley estatal o federal que se aplique, por ejemplo, el derecho a votar, de ocupar un cargo publico, y de poseer armas de fuego; y perder el derecho a trabajar en ciertas ocupaciones para las cuales se necesita una licencia del gobierno estatal o federal.*

7.    I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

*Se que puedo declararme "NO CULPABLE" de cualquier delito de que se me acuse, y que puedo persistir en esa declaración si ya se ha hecho. Sé que si me declaro "NO CULPABLE," la Constitución de este país me garantiza:*

a.    The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

*El derecho a tener un juicio publico, sin demora y por un jurado constituido por dace personas durante el cual se asume que soy inocente a menos*

*que y hasta que el gobierno compruebe mi culpabilidad mas alla de una duda razonable y por el voto unanime de los dace miembros de dicho Jurado.*

b.    The right to have the assistance of an attorney at all stages of the proceedings;

*El derecho de que un abogado me ayude durante todas las etapas del proceso;*

c.    The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

*El derecho a utilizar los poderes y procedimientos del Juez para exigir que se presenten pruebas, incluyendo la comparecencia de testigos a mi favor;*

d.    The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

*El derecho a ver, escuchar, confrontar y contrainterrogar a todos los testigos llamados a dar testimonio en contra mía.*

e.    The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

*El derecho a decidir por mi mismo si presto testimonio o no, y si decido no prestar testimonio, entiendo que nose puede concluir que soy culpable debido a que no he prestado testimonio; y*

f.    The right not to be compelled to incriminate myself.

*El derecho a que nose me obligue a incriminarme.*

8.     I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

*Sé que si me declaro CULPABLE, no Habra juicio, ni ante un juez ni ante un Jurado de doce personas, y que no podré apelar la denegación de la jueza sobre cualquier pedimento que yo hubiera presentado antes del jucio, con respecto a asuntos o cuestiones que no estan relacionados con la jurisdicción del tribunal.*

9.     In this case I am pleading "GUILTY" under Rule 11(c)(1)(C). My attorney has explained that, pursuant to Rule 11(c)(1)(C), the judge can either accept and be bound by the plea agreement, reject the plea agreement, or defer acceptance of the plea agreement until after review of the presentence report. If at any time the judge rejects the plea agreement, then I will have the ability to withdraw any pleas of guilty and proceed to trial. Any evidence from the plea hearing will not be admissible against me, pursuant to FRE 410.

*En este caso, me declaro CULPABLE segun la Regla 11(c)(1)(C). Mi abogado me explicó que según la Regla 11(c)(1)(C); por lo tanto, en la vista condenatoria, la jueza debe imponer la pena especifica convenida par el abogado acusador y yo, o permitirme retirar mi declaración.*

10.     I know the maximum sentence is life imprisonment, a mandatory term of imprisonment of ten (10) years, at least five years and up to a lifetime of supervised release and a fine of ten million dollars ($10,000,000).

*Sé que la pena maxima que se me puede imponer por el delito al que me declaro culpable es decadena perpetua y una multa de $10.000.000. También sé que hay*

*una pena minima obligatoria de 10 años de prisión hasta un una plaza de supervisión por vida.*

11.    I know that the judge, in addition to any other penalty, will order a special assessment of $100 as directed by law.

*Se que la jueza ademas de cualquier otro castigo, fijara una cantidad obligatoria de $100 por cada cargo.*

12.    I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one year.

*Sé que si se me ordena pagar una multa e intencionalmente rehuso pagar dicha multa, puedo ser enviado al tribunal nuevamente, donde el juez puede aumentar considerablemente el saldo pendiente de la multa, y puede mandarme a la carcel por un periodo hasta de un ano.*

13.    My attorney has discussed with me the Federal Sentencing Guidelines. I know the Guidelines are advisory, not mandatory. I also know the sentencing judge, in determining the particular sentence to be imposed, must consider those factors set forth in title 18, United States Code, Section 3553(a), including, but not limited to: the nature and circumstances of the offense, my own history, and characteristics, the goals of sentencing (punishment, deterrence, protection, and rehabilitation), and the sentencing range established by the advisory Guidelines. If my attorney or any other person has calculated a guideline range for me, I know that this is only advisory, and is only one of the factors that the judge will consider in making a final decision as to what sentence will be imposed. I

also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraph 10, above.

*He hablado con mi abogado sobre las Pautas Penales Federales. Seque segun dichas pautas, la jueza que imponga la condena generalmente elegira una condena dentro de los límites de dicha pauta. Si mi abogado, u otra persona, ha calculado los limites de las pautas que sugieren el castigo que me corresponde, se que esto es unicamente una suposición y que la jueza es quien toma la decision definitiva con respecto a cuales son los limites de las pautas y cual sera el castigo. Tambien sé que una jueza no me puede sentenciar a un plaza mayor al castigo máxima indicado en el parrafo (10) de la presente.*

14.    I know from discussion with my attorney that, under the Federal Sentencing Guidelines, if I am sentenced to prison, I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served.

*Por las conversaciones que he tenido con mi abogado, sé que, segun las Paulas Penales Federales, si me condenan a ser encarcelado, no tengo derecho a recibir libertad condicional (parole). Tendreque cumplir toda la condena que se me imponga menos el tiempo que se me descuente por observar buena conducta en la prisión. Puedo obtener una rebaja de la condena por buena conducta hasta de 54 dias por cada ano cumplido en la prisión.*

15.    I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term, I will be supervised by a probation officer according to terms and conditions set by the judge. In

my case, the law authorizes a term of supervised release up to a lifetime. If I violate the conditions of supervised release, I may be sent back to prison for up to five (5) years (18 USC 3583(e)(3)).

*Sé que si se me condena a ser encarcelado, la jueza impondra un tiempo de libertad supervisada que seria despues de que yo haya cumplido el castigo en la carcel. Durante este tiempo, estaré supervisado por un agente de libertad probatoria de acuerdo a los terminos y condiciones fijados por la jueza. En mi caso, el termino de libertad supervisada puede ser de 5 años a una plaza de mi vida. Si no cumplo con las condiciones de libertad supervisada, podria ser enviado nuevamente a la carcel por un periodo hasta de 5 años.*

16.    On any restitution or fine of $2,500 or more, I know that I may be required to pay interest unless that restitution or fine is paid within fifteen (15) days from the date of the entry of judgment.

*Sé que estaré obligado a pagar intereses respecto a alguna multa o restitución de $2,500 o mas, a menos que se pague dicha multa, o la restitución, dentro de quince (15) días a partir de la fecha en que se registró el fallo.*

17.    I am not on probation, parole, or supervised release in any other state or federal case.

*No estoy bajo libertad condicional, libertad a prueba o libertad supervisada en cualquier otro caso estatal o federal.*

18.    My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor.

*Mi declaración de CULPABLE se basa en un Acuerdo de Culpabilidad que tengo con el fiscal.*

19.     I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not stated in writing and signed by the parties, or confirmed by the record before the court.

*Entiendo que no puedo basarme en ninguna promesa o sugerencia que me haya hecho un agente o funcionario del gobierno que no conste por escrito y esté firmada por las partes, o que no sea confirmada por el expediente ante el tribunal.*

20.     My plea of "GUILTY" is not the result of force, threat, or intimidation.

*Mi declaración de CULPABLE no es resultado de fuerza, amenaza o intimidación.*

21.     I hereby request that the judge accept my plea of "GUILTY" to **Count 1 of the Superseding Indictment.**

*Por la presente, solicito que la jueza acepte me declaración de CULPABLE respecto al cargo 1 de la acusación formal.*

22.     I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charge to which I am pleading guilty, I represent that I did the following acts and that the following facts are true: **I had an agreement with others to distribute controlled substances.  In May of 2019, I distributed more than 50 grams of actual methamphetamine to another person in Oregon.**

*Sé que la jueza debe cerciorarse de que se cometió un delito y de que yo*

*cometí dicho delito antes de que mi declaración de "CULPABLE" pueda ser aceptada. Con respecto al cargo de lo cual me declaro culpable, declaro que realicé los siguientes actos y que los siguientes hechos son verdaderos:* **Tuve un acuerdo con otras personas para distribuir sustancias controladas. En mayo de 2019, distribuí más de 50 gramos de metanfetamina pura a otra persona en Oregón.**

23.    I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney attached to this Petition.

Me declaro CULPABLE libre y voluntariamente y con el entendimiento total de las alegaciones expuestas en la acusación formal y con el total entendimiento de las declaraciones expuestas en esta solicitud y en el certificado de mi abogado, el cual se adjunta a la presente.

SIGNED by me in the presence of my attorney, after reading all of the foregoing pages and paragraphs of this Petition on this 7th day of April 2026.

FIRMADO por mí en presencia de mi abogado, despuesde haber leído todos los parrafos y paginas anteriores de esta solicitud el día 7 de abril, 2026.

_____
Fernando Cruz Lerma

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                                   Plaintiff,<br>v.<br><br>Fernando Adolip Cruz-Lerma,<br>                                   Defendant. | Case No.      3:19-CR-482-IM<br><br>CERTIFICATE OF COUNSEL |

The undersigned, as attorney for defendant, hereby CERTIFY:

1.      I have fully explained to the defendant the allegation contained in the Superseding Indictment, any lesser-included offenses, and possible defenses that may apply.

2.      I have personally examined the attached Petition to Enter Plea of Guilty and Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

3.      I have explained to the defendant the maximum penalties and other consequences of entering a plea of guilty described in the Petition, and I have also explained to the defendant the applicable Federal Sentencing Guidelines.

4.      I recommend that the Court accept the defendant's plea of "GUILTY."

SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition to Enter Plea of Guilty, and any Plea Agreement, on this 7th day of April 2026.

Benjamin T. Andersen
Attorney for Defendant

PAGE 12 –      United States v. Cruz-Lerma, USDC Oregon Case No. 3:19-CR-482-IM
                    PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Plaintiff, | Case No.      3:19-CR-482-IM |
| v. | ORDER |
| Fernando Adolip Cruz-Lerma,<br>                              Defendant. | |

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime to which the defendant has pled guilty.

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

DATED this 7th day of April 2026 in open court.

_____
Hon. Karin Immergut
United States District Judge